**FORM 3**

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| **HUSTEEL CO., LTD.,** )<br>) <br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES,** )<br>)<br>**Defendant,** )<br>) | **SUMMONS**<br><br>**Court No. 18-00169** |

**TO:** The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination specified below.



/s/Mario Toscano
Clerk of the Court

1. <u>Name and Standing of Plaintiffs</u>:  Husteel Co., Ltd. ("Husteel") is a foreign manufacturer, producer, or exporter of subject merchandise subject to the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination. Husteel was an interested party within the meaning of 19 U.S.C. § 1677(9)(A). Accordingly, Husteel has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>:  Husteel contests certain aspects of Commerce's final results of the first antidumping duty administrative review of the antidumping duty order on Welded Line Pipe from the Republic of Korea. *See Welded Line Pipe From the Republic of Korea:  Final Results of Antidumping Duty Administrative Review; 2015–2016*, 83 Fed. Reg. 33,919 (Dep't Commerce July 18, 2018) ("*Final Results*").  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

3. <u>Date of Determination</u>:  Commerce issued its *Final Results* on July 11, 2018.

4.  Date of publication in Federal Register of Notice of Contested Determination: Commerce's *Final Results* was published in the *Federal Register* on July 18, 2018 (83 Fed. Reg. 33,919).

/s/ Donald B. Cameron_____ \_
Signature of Plaintiff's Attorney

                                                              Donald B. Cameron
                                                              Julie C. Mendoza
                                                              R. Will Planert
                                                              Brady W. Mills
                                                              Mary S. Hodgins
                                                              Eugene Degnan
                                                              Sabahat Chaudhary
                                                              Ragan W. Updegraff

                                                              MORRIS MANNING & MARTIN LLP
                                                              1401 Eye Street, NW, Suite 600
                                                              Washington, D.C. 20005
                                                              (202) 216-4811

                                                             *Counsel to Plaintiff Husteel Co., Ltd.*

August 2, 2018_____ \_
Date

## SERVICE OF SUMMONS BY THE CLERK OF THE COURT

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

## UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C. 20530

## UPON THE DEPARTMENT OF COMMERCE

Peter Davidson
General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C. 20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230