

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
   Judge

November 8, 2019

Donald Bertrand Cameron, Esq.
Brady Warfield Mills, Esq.
Eugene Degnan, Esq.
Julie Clark Mendoza, Esq.
Mary Shannon Hodgins, Esq.
Ragan William Updegraff, Esq.
Rudi Will Planert, Esq.
Sabahat Chaudhary, Esq.
Morris, Manning & Martin, LLP
1401 Eye Street, NW
Suite 600
Washington, DC 20005-2204
Email: dcameron@mmmlaw.com
      bmills@mmmlaw.com
      edegnan@mmmlaw.com
      jmendoza@mmmlaw.com
      mhodgins@mmmlaw.com
      rupdegraff@mmmlaw.com
      wplanert@mmmlaw.com
      tradeservice@mmmlaw.com

Jaehong David Park, Esq.
Daniel Robert Wilson, Esq.
Henry David Almond, Esq.
Kang Woo Lee, Esq.
Arnold & Porter LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Email:    david.park@aporter.com
      daniel.wilson@apks.com
      henry.almond@aporter.com
      kangwoo.lee@apks.com

Case 1:18-cv-00169-CRK   Document 91   Filed 11/08/19   Page 2 of 3

Consol. Court No. 18-00169                                                                        Page **2** of **3**

Jeffrey Michael Winton, Esq.
Amrietha Nellan, Esq.
Law Office of Jeffrey M. Winton PLLC
1900 L Street, NW
Suite 611
Washington, DC 20036
Email:    jwinton@jmwinton.com
          anellan@jmwinton.com

Joshua Ethan Kurland, Esq.
Loren Misha Preheim, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:    joshua.e.kurland@usdoj.gov
          Misha.Preheim@usdoj.gov

Reza Karamloo, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Room 3622
Washington, DC 20230-0001
Email:    reza.karamloo@trade.gov

Roger Brian Schagrin, Esq.
Christopher Todd Cloutier, Esq.
Elizabeth Jackson Drake, Esq.
Luke Anthony Meisner, Esq.
Paul Wright Jameson, Esq.
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, DC 20001
Email: rschagrin@schagrinassociates.com
       ccloutier@schagrinassociates.com
       edrake@schagrinassociates.com
       lmeisner@schagrinassociates.com
       pjameson@schagrinassociates.com

Case 1:18-cv-00169-CRK   Document 91   Filed 11/08/19   Page 3 of 3

Consol. Court No. 18-00169                                                          Page **3** of **3**

Gregory James Spak, Esq.
Frank John Schweitzer, Esq.
Kristina Zissis, Esq.
Matthew Wolf Solomon, Esq.
White & Case, LLP
701 Thirteenth Street, NW
Suite 1100
Washington, DC 20005-3807
Email:     gspak@whitecase.com
           frank.schweitzer@whitecase.com
           kzissis@whitecase.com
           matt.solomon@whitecase.com

    Re:   *Husteel Co., Ltd. v. United States*
              Consol. Court No. 18-00169

Dear Counsel:

    It is my intention to issue a public version of the confidential oral argument questions in the above-captioned case on Friday, November 15, 2019. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the confidential oral argument questions and inform the court by Thursday, November 14, 2019 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

                                          Sincerely,

                                        /s/ Claire R. Kelly
                                      Claire R. Kelly, Judge

Cc: Steve Taronji
    For docketing