Donald B. Cameron, Jr.
202-216-4811
dcameron@mmmlaw.com
www.mmmlaw.com

R. Will Planert
202-216-4819
wplanert@mmmlaw.com
www.mmmlaw.com

MORRIS,
MANNING &
MARTIN, LLP

November 14, 2019

Julie C. Mendoza
202-216-4817
jmendoza@mmmlaw.com
www.mmmlaw.com

Brady W. Mills
202-216-4116
bmills@mmmlaw.com
www.mmmlaw.com

**VIA ELECTRONIC FILING**

The Honorable Claire R. Kelly
U.S. Court of International Trade
One Federal Plaza
Ney York, NY 10278-0001

cc: Steve Taronji

Re: *Husteel Co., Ltd. v. United States*, CIT Ct. No. 18-00169 (Welded Line Pipe from South Korea, 5/22/2015-11/30/2016 Administrative Review): Response to CIT Letter Regarding Bracketing

Dear Judge Kelly:

On behalf of Plaintiff Husteel Co., Ltd. ("Husteel"), and in accordance with the Court's November 8, 2019 letter, we hereby inform the court that counsel to Husteel has reviewed the questions for oral argument and is unaware of any additional information not already in brackets that should be treated confidentially. Counsel has likewise found no currently bracketed information that should be treated as public.

13047242-1

Phone: 202.408.5153 | www.mmmlaw.com
1401 Eye Street, NW | Suite 600 | Washington, DC 20005
Atlanta • Washington, DC • Raleigh-Durham • Savannah
International Marketing Offices: Beijing • Taipei

The Honorable Claire R. Kelly
November 14, 2019
Page 2

Please contact the undersigned if you have any questions regarding this matter.

Sincerely,

/s/ Donald B. Cameron
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan
Sabahat Chaudhary
Edward J. Thomas, III*
Paul J. McGarr, Trade Analyst
Emma K. Peterson, Trade Analyst

*Counsel to Plaintiff Husteel Co., Ltd.*

*Not admitted to the D.C. Bar but being supervised by a licensed D.C. Bar member.

5772379 v01