# United States Court of International Trade

## Honorable Claire R. Kelly

## Appearance Sheet

Docket No. Consol. 18-00169
November 26, 2019
Oral Argument 11:00 a.m.
Courtroom # 3
Jurisdiction 1581 (c)

Husteel Co., Ltd. et al.,
Plaintiff and Consolidated Plaintiffs,

v.

United States,

and

California Steel Industries et al.,
Defendant-Intervenors and
Consolidated Defendant-Intervenors.

---

### Counsel

**Plaintiff:**      **R. Will Planert & Donald B. Cameron**
Morris, Manning & Martin, LLP.

**Consolidated Plaintiff:**      **Henry D. Almond & Kang W. Lee**
**Hyundai Steel Company**      Arnold & Porter, Kaye Scholer, LLP.
**Nexteel Co., Ltd.**

**Consolidated Plaintiff:**      **Jeffrey M. Winton**
**SeAh Steel Corporation**      Law Office of Jeffrey M. Winton, PLLC

**Defendant:**      **Joshua E. Kurland**
U.S. Department of Justice

     **Reza Karamloo**
U.S. Department of Commerce

**Page 2**

# United States Court of International Trade

## Honorable Claire R. Kelly

### Appearance Sheet

Docket No. Consol. 18-00169
November 26, 2019
Oral Argument  11:00 a.m.
Courtroom # 3
Jurisdiction 1581 (c)

Husteel Co., Ltd. et al.,
Plaintiff and Consolidated Plaintiffs,

v.

United States,

and

California Steel Industries et al.,
Defendant-Intervenors and
Consolidated Defendant-Intervenors.

---

### Counsel

| | |
|---|---|
| **Defendant-Intervenors:** | **Elizabeth J. Drake** |
| **California Steel Industries et al.,** | Schagrin Associates |
| | |
| **Defendant-Intervenor:** | **Frank J. Schweitzer** |
| **Maverick Tube Corporation** | White & Case, LLP. |